| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Crown Assets LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-2891663** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**7530 Saint Marlo Country Club Pkwy**<br>**Duluth, GA 30097**<br>Number, Street, City, State & ZIP Code<br><br>**Forsyth**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Crown Assets LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Crown Assets LLC**  Case number (*if known*)
           Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

---

■  **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Crown Assets LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 25, 2020**
MM / DD / YYYY

X **/s/ Karan S. Ahuja**                                    **Karan S. Ahuja**
Signature of authorized representative of debtor            Printed name

Title   **Owner**

**18. Signature of attorney**

X **/s/ William A. Rountree**                               Date  **October 25, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone  **404-584-1238**         Email address  **swenger@rlklawfirm.com**

**616503 GA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Crown Assets LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Bank** PO Box 9001871 Louisville, KY 40290 | 8009359935 | **Consumer debt** | | | | $5,000.00 |
| **Dekalb County Tax Commissioner** 1358 Dresden Dr. NE Atlanta, GA 30319 | | **Property Tax - 381 Flat Shoals Pkwy Decatur, GA** | | $6,000.00 | $0.00 | $6,000.00 |
| **Fayette County Tax Commissioner, 140 Stonewall Ave W #110 Fayetteville, GA 30214** | | **Property Tax - 106 Commerce St. Fayetteville, GA** | | $7,626.24 | $0.00 | $7,626.24 |
| **Fayette County Tax Commissioner, 140 Stonewall Ave W #110 Fayetteville, GA 30214** | | **Property Tax - 106 Commerce St. Fayetteville, GA** | | $3,995.35 | $0.00 | $3,995.35 |
| **Fulton County Tax Commissioner Arthur E. Ferdinand PO Box 105052 Atlanta, GA 30348** | | **Property Tax - 2723 Roosevelt Hwy College Park** | | $12,000.00 | $0.00 | $12,000.00 |
| **Garcia Anasasio** 1601 Hallmark Dr. Griffin, GA 30223 | 6785449316 | **Landscaping** | **Disputed** | | | $2,360.00 |
| **Henry County Water** 1695 Hwy 20 West McDonough, GA 30253 | 7709576659 | | **Disputed** | | | $1,204.00 |
| **Patriot Fire** 81 Andrew Drive Suite 200 Stockbridge, GA 30281 | info@patriotfireinc.com 8669963473 | **Service Provider** | | | | $1,000.65 |

| | | | |
|---|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | | page 1 |
| Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | | Best Case Bankruptcy |

Debtor **Crown Assets LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration** **2 North 20th Street** **Suite 320** **Birmingham, AL 35203** | | **Loan** | | $40,100.00 | $0.00 | $40,100.00 |
| **Terminix** **4016 Flowers Dr.** **Ste 420** **Atlanta, GA 30360** | | **Services provided** | **Disputed** | | | $6,900.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Chase Bank
PO Box 9001871
Louisville, KY 40290

Dekalb County Tax Commissioner
1358 Dresden Dr. NE
Atlanta, GA 30319

Fayette County Tax
Commissioner, 140
Stonewall Ave W #110
Fayetteville, GA 30214

Fayette County Tax
Commissioner, 140
 Stonewall Ave W #110
Fayetteville, GA 30214

Fulton County Tax Commissioner
Arthur E. Ferdinand
PO Box 105052
Atlanta, GA 30348

Garcia Anasasio
1601 Hallmark Dr.
Griffin, GA 30223

Gelt Financial
5300 West Atlantic Ave
Suite 205
Delray Beach, FL 33484

Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303

```
Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345



Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308



Henry County Water
1695 Hwy 20 West
McDonough, GA 30253



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101



Jarnail Arora
325 Crooked Stick Dr.
Alpharetta, GA 30004



JP Total Services
PO Box 957704
Duluth, GA 30095



JWELC - The Academy of Early
Learning, PO Box 3313
Attn: Kawalski Washington
Decatur, GA 30031



Karan Ahuja
325 Crooked Stick Dr.
Alpharetta, GA 30004



Karan Ahuja
325 Crooked St. Dr.
Alpharetta, GA 30004
```

```
King Assets
7530 St. Marlo Country Club
Pkwy
Duluth, GA 30097



King Group Management, LLC
660 Belgrave Lane
Tucker, GA 30084



Maharaja Investments, LLC
660 Belgrave Lane
Tucker, GA 30084



Michael A. Dominy
The Dominy Law Firm, LLC
729 Piedmont Ave NE
Atlanta, GA 30308



Patriot Fire
81 Andrew Drive
Suite 200
Stockbridge, GA 30281



PS Funding Inc
2121 Park Place
Suite 250
El Segundo, CA 90245



Quantum National Bank
505 Peachtree Ind. Blvd
Suwanee, GA 30024



Sahib Arora
9440 Riverclub Pkwy
Duluth, GA 30097



Sahib Arora
660 Belgrave Lane
Tucker, GA 30084
```

Select Portfolio Servicing Inc
PO Box 65277
84165
Salt Lake City, UT 84165


Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203


TC Federal bank
1315 Dawson St.
Thomasville, GA 31799


Terminix
4016 Flowers Dr.
Ste 420
Atlanta, GA 30360


Veneet Singh
660 Belgrave Lane
Tucker, GA 30084


Vineet Singh
9440 Riverclub Pkwy
Duluth, GA 30097


Westmoore Lending Partners III
LLC, Jonathan Block
50 Glenlake Pkwy Ste 600
Atlanta, GA 30328


Westmoore Lending Partners,IIl
LLC, Jonathan Block
50 Glenlake Pkwy Ste. 600
Atlanta, GA 30328

```
Zillionaire Assets, LLC
660 Belgrave Lane
Tucker, GA 30084
```