## CERTIFIED COPY OF RESOLUTION

## OF SOLE MEMBER

## CROWN ASSETS LLC

This is to certify that at a meeting of the Members of Crown Assets LLC, a Georgia Limited Liability Company (the "**Company**"), held on the 23rd day of October 2020, the following resolution was adopted:

**WHEREAS**, the Company anticipates having cash flow issues due to problems created by the filing of a frivolous lawsuit against it and notices of *lis pendens* currently clouding title to its properties.

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that the Company authorizes the Sole Member of the Company to prepare, execute, and file the Petition for Relief provided for in Chapter 11 of Title 11 of the United States Code, and all of the necessary papers in connection therewith, for Crown Assets LLC, a Georgia Limited Liability Company, in the United States Bankruptcy Court, Northern District of Georgia, Gainesville Division.

**RESOLVED FURTHER**, that the Sole Member of the Company be and hereby is authorized to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the Sole Member of the Company be and hereby is authorized to retain as counsel for the Company in said proceeding Rountree, Leitman & Klein, LLC.

Said resolution is still of full force and effect.

Dated: October 23, 2020.

Crown Assets LLC

By: _____

Karan Ahuja, Sole Member