**IT IS ORDERED as set forth below:**

**Date: October 27, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CROWN ASSETS, LLC, | Case No. 20-21451 |
| Debtor. | |

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARINGS
AND ORDER AND NOTICE SCHEDULING EXPEDITED HEARINGS**

1. Upon consideration of the Motion of the Debtors for Expedited Hearings on First Day Motions [Doc. 14] (the "**Motion for Hearings**") on the following motions:

   a. Application to Approve Employment of Debtor's Attorneys (the "**Debtor's Attorneys Employment Application**") [Doc. 9];

   b. Application to Approve Employment of Special Counsel (the "**Special Counsel Employment Application**") [Doc. 10];

    c. Emergency Motion for Order Authorizing the Continued Use of Existing Bank Accounts (the "**Bank Account Motion**") [Doc. 11];

    d. Emergency Motion of the Debtor for Order Authorizing the Debtor to Maintain Insurance Policies, Pay All Policy Premiums Arising Thereunder and Renew or Enter Into New Policies (the "**Insurance Motion**") [Doc. 12]; and

    e. Emergency Motion for Authority to Use Cash Collateral (the "**Cash Collateral Motion**") [Doc. 13].

(collectively, the "**First Day Motions**"), and it appearing that good cause exists to grant the requested relief,

        **IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN:**

1. The Motion for Hearings is GRANTED.

2. The Court shall hold a hearing on the First Day Motions on **Tuesday, November 3, 2020 at 10:30 a.m. (Eastern) in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, GA 30501**.

3. **Given the current public health crisis, hearings may be telephonic only**. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website www.ganb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by phone.

4. Counsel for Debtor shall serve this Order and Notice upon the Debtor's twenty largest creditors, all secured creditors, and the United States Trustee via facsimile, overnight mail, and/or by email. Debtor's counsel shall file a certificate of service before the hearing date.

                **### END OF ORDER ###**

Prepared and Presented By:

ROUNTREE LEITMAN & KLEIN, LLC

 */s/ Benjamin R. Keck*
William A. Rountree, Ga, Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329
(404) 584-1244 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
*Proposed Attorneys for Debtors*

DISTRIBUTION LIST

ROUNTREE LEITMAN & KLEIN, LLC
William A. Rountree
Benjamin R. Keck
Rountree Leitman & Klein
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303