IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-21451-JRS |
| CROWN ASSETS, LLC, | Chapter 11 |
| Debtor. | |

### ENTRY OF APPEARANCE AND REQUST FOR ALL NOTICES

COME NOW, Jody Charles Campbell of the law firm Blum & Campbell LLC, and hereby file this Entry of Appearance and Request for All Notices as counsel for *Quantum National Bank*, and request notice of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010(b), be served upon:

> Jody Charles Campbell
> **BLUM & CAMPBELL, LLC**
> 3000 Langford Road, Bldg. 100
> Peachtree Corners, GA 30071
> Telephone: (470) 365-2890
> Facsimile: (470) 365-2889
> jody@blumcampbell.com

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process of otherwise waiving any rights.

Respectfully submitted this 9th day of November, 2020.

> **BLUM & CAMPBELL, LLC**
>
> */s/ Jody Charles Campbell*
> JODY CHARLES CAMPBELL
> Georgia Bar No. 308466
> *Attorneys for Quantum National Bank*

1

3000 Langford Road, Bldg. 100
Peachtree Corners, GA 30071
(470) 365-2890 (Telephone)
(470) 365-2889 (Facsimile)
jody@blumcampbell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served via CM/ECF and U.S. Mail, first class postage prepaid, on this the 10th day of November, 2020, on the following parties:

Crown Assets, LLC
7530 Saint Marlo Country Club Parkway
Duluth, Georgia 30097

Benjamin Keck
David S. Klein
William A. Rountree
Rountree, Leitman & Klein, LLC
Suite 175, Century Plaza 1
2987 Clairmont Road
Atlanta, GA 30329

Todd H. Surden
Hartman Simons & Wood LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA 30339

David S. Weidenbaum
Attorney for United States Trustee
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Leon S. Jones
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308

                **BLUM & CAMPBELL, LLC**

                */s/ Jody Charles Campbell*
                JODY CHARLES CAMPBELL
                Georgia Bar No. 308466
                *Attorneys for Quantum National Bank*

3000 Langford Road, Bldg. 100
Peachtree Corners, GA 30071
(470) 365-2890 (Telephone)
(470) 365-2889 (Facsimile)
jody@blumcampbell.com