**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 20-21451-JRS |
| | : CHAPTER: 11 |
| | : |
| **CROWN ASSETS LLC** | : |
|     Debtor | : |
| | : |
| | : |

**WITHDRAWAL OF PROOF OF CLAIM**

Comes now Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, a secured creditor of the above-named Debtor, and respectfully requests that the Proof of Claim No. 3-1 in the amount of $959,881.29 filed in the above-styled case on the 4th day of December, 2020 be **WITHDRAWN**.

This 4th day of December, 2020

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Crown Assets LLC
7530 Saint Marlo Country Club Pkwy
Duluth, GA 30097

Benjamin Keck, Esq.
Rountree, Leitman & Klein, LLC
Suite 175, Century Plaza 1
2987 Clairmont Rd
Atlanta, GA 30329

United States Trustee, Trustee
Office of the US Trustee
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303


Executed on 12/4/20

By: /s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor