**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

**In re:**

| | |
|---|---|
| **Crown Assets LLC** | Case No.: 20-21451-jrs |
| | Chapter 11 |
| Debtor. | |

**TC FEDERAL BANK'S CROSS NOTICE OF
2004 EXAMINATION OF CHARANJEEV SINGH**

Please take notice that, pursuant to Federal Rule of Bankruptcy Procedure 2004, creditor, TC FEDERAL BANK ("TC Federal"), by and through its undersigned counsel, shall examine Charanjeev Singh (the "Examinee"), under oath at the offices of Roundtree, Leitman & Klein, LLC, Century Plaza 1, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329 beginning at **1:00pm on January 12, 2021.**

This is cross-noticed with the 2004 exam being conducted by creditors, Dr. Sahib Arora, Vineet Sing, and King Group MGMT, LLC (collectively the "Arora Creditors"), of the Examinee at the same place, date, and time. If the Arora Creditors' 2004 exam of the Examinee is rescheduled or continued, then TC Federal will likewise reschedule the exam to coincide with the Arora Creditors' exam.

The examination is being taken pursuant to Federal Rule of Bankruptcy Procedure 2004, and shall be taken before an officer authorized by law to administer

1

oaths and record the testimony of Examinee. The examination will be stenographically recorded and will continue from day to day until complete.

DATED this 11th day of January, 2021.

                                   */s/ Ian S. Macdonald*
                                   **IAN S. MACDONALD**
                                   Georgia Bar No.: 799385
                                   CLARK PARTINGTON
                                   106 East College Ave., Ste. 600
                                   Tallahassee, FL 32301
                                   Telephone: (850) 320-6825; Fax: (850) 597-7591
                                   imacdonald@clarkpartington.com
                                   hrice@clarkpartington.com
                                   *Counsel for Creditor, TC Federal Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2021, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal or via standard first class mail to:

- Jody Charles Campbell    jody@blumcampbell.com
- Lisa F. Caplan    lcaplan@rubinlublin.com;
  akhosla@rubinlublin.com;
  nbrown@rubinlublin.com;
  ruluecf@gmail.com;
  BKRL@ecf.courtdrive.com
- Bret J. Chaness    bchaness@rubinlubin.com;
  BJC-ECF-Notifications@rubinlubin.com
- Michael A. Dominy    michael@dominylaw.net;
  mad419@bellsouth.net;
- Will B. Geer    wgeer@wiggamgeer.com;
  willgeer@ecf.courtdrive.com;
  2836@notices.nextchapterbk.com
- Monica K. Gilroy    monica.gilory@gilroyfirm.com;
  mkg@gilroyfirm.com;
- Jared Kim Hodges    jhodges@knowlesgallant.com;
- Benjamin Keck    bkeck@rlklawfirm.com;
  mwinokur@rlklawfirm.com;
  swenger@rlklawfirm.com
  csmith@rlklawfirm.com
  bwenger@rlklawfirm.com
- David S. Klein    dklein@rlklawfirm.com;
  swenger@rlklawfirm.com;
  yalamin@rlklawfirm.com
  R7121@notify.bestcase.com
  csmith@rlklawfirm.com
  1030641420@filings.docketbird.com;
  bwenger@rlklawfirm.com
- Ramsey A. Knowles    rknowles@knowlesgallant.com
- Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov;

3

- Valerie K. Richmond  vrichmond@burr.com
- William A. Roundtree  wtroundtree@rlklawfirm.com;
  swenger@rlklawfirm.com;
  yalamin@rlklawfirm.com;
  6717577420@filings.docketbird.com
  R71213@notify.bestcase.com
  csmith@rlklawfirm.com
  alblanco@rlklawfirm.com
  bwenger@rlklawfirm.com
- Todd H. Surden  todd.surden@hartmansimons.com;
  deloris.person@hartmansimons.com
- Matthew F. Totten  matthew.totten@gilroyfirm.com
- Eric N. Van De Water  eric@isenberg-hewitt.com
  evandewater@isenberg-hewitt.com
- David S. Weidenbaum  david.s.weidenbaum@usdoj.gov

Matt Thiry
Matt Thiry Law, LLC
PO Box 923054
Peachtree Corners, GA 30010

          */s/ Ian S. Macdonald*
          **IAN S. MACDONALD**